IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TONYA SCOTT,                                    Case No. 6:12-cv-00760-MA

              Plaintiff,                    ORDER FOR EAJA FEES

    v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

              Defendant.

MARSH, Judge

On May 6, 2013, based upon a stipulation of the parties, the Court ordered that this case be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (#19.) On August 3, 2013, the parties submitted an unopposed application for attorney fees in the amount of $4,763.64, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. (#21.)

Therefore, based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,763.64 shall be awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties agree that attorney fees will be paid to Plaintiff's attorney, subject to verification that

plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If plaintiff has no such debt, then the check shall be made out to plaintiff's attorney, Tim Wilborn, and mailed to plaintiff's attorney at: P.O. Box 370578, Las Vegas, NV 89137. If plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made to plaintiff and mailed to plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this _/2_ day of AUGUST, 2013.

Malcolm F. Marsh
United States District Judge

2 - ORDER FOR EAJA FEES